IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES BRIDGEWOOD, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br>     Plaintiff <br> v. <br> MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT, <br>     Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br> Case No.: 1:25-cv-8500 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Charles Bridgewood and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants MoonLake Immunotherapeutics, Jorge Santos da Silva, and Matthias Bodenstedt.

Date: October 22, 2025

                                              */s/Jeffrey C. Block*

                                              **BLOCK & LEVITON LLP**
                                              260 Franklin Street, Suite 1860
                                              Boston, MA 02100
                                              (617) 398-5600 phone
                                              jeff@blockleviton.com

                                              *Counsel for Plaintiff*